

Committed to the future of rural communities.

**United States Department of Agriculture**
Rural Development
Centralized Servicing Center
Bankruptcy Unit, PO Box 66879, St. Louis MO 63166
(800)349-5097(Voice), (800)438-1832 (TDD/TTY Hearing Impaired Only) or (314)457-4446 (FAX)
Web: http://www.rurdev.usda.gov

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MS
FILED

2010 MAR 22  AM 11: 27

DANNY L. MILLER
CLERK
BY_____DEPUTY

March 11, 2010

J. C. Bell
P.O. Box 566
Hattiesburg, MS 39403

SUBJECT: **Change in Regular Mortgage Payments**
Debtor(s): Catherine Ann Hayes
Case No: 07-50774

Dear Sir/Madam:

Please be advised that the ongoing mortgage payment of the above-referenced debtor(s) to the USDA Rural Development will change to **$310.19** effective with the payment due on **02/20/10.** *This amount includes the monthly P&I payment of **$490.82** plus the monthly escrow payment of **$68.30** plus the monthly escrow shortage payment of **$20.86** plus the monthly amortized fee payment of **$0** minus the monthly subsidy payment of **$269.79**.* We would appreciate you updating your records to reflect this information.

If you have any questions or concerns, feel free to contact the Bankruptcy department at 1-800-349-5097.Ext. 5387

Sincerely,

Delonda Davis
Bankruptcy Department

Cc: debtor(s)
Cc: debtor's attorney

"USDA is an equal opportunity provider, employer and lender."
To file a complaint of discrimination write USDA, Office of Civil Rights, Programs, 300 7th Street SW, Room 400 (Stop 9430),
Washington, DC 20024 or call (866)632-9992 (Voice), (202) 401-0216 (TDD/TTY Hearing Impaired Only) or (202)720-8046 (FAX)