U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR 29 2010

DANNY L. MILLER, CLERK
BY _____ DEPUTY CLERK

To whom is over this, I don't no what is going on, I pay my Not every mdunt. I have only your Not, about what going on.

I have talk with USPA and it seam as if they was people home, I am trying every thing I can to get someone to save my home.

I don't have money and I don't have any where to go. So I pray and keep trying.

Catherine Hayes
Box 1052
Collins MS,
39428



Catherine Hayes
P.O. Box 1052
Collins, MS 39428

United States Bankruptcy Court
Southern District of Mississippi

In re: CATHERINE ANN HAYES

Case No. 07-50774-NPO

Chapter 13

**Parties Noticed:**

Crockett Lindsey, Assistant U.S. Attorney

John H. Anderson, Esq.

J.C. Bell, Trustee

Catherine Ann Hayes, Debtor

## NOTICE OF HEARING

You are hereby notified that there will be a Combined Preliminary and Final Hearing on the Motion for Relief from Stay and Abandonment filed by USA behalf Rural Development(Dkt#19) in regard to the above-referenced case on April 9, 2010 at 09:00 AM, or as soon thereafter as counsel may be heard, in the Bankruptcy Courtroom, Room 170, 100 East Capitol Street, Jackson, Mississippi.

You are further notified that you are required to serve an Answer or Response to this Motion upon the attorney for the plaintiff and to file the Answer or Response with this Court on or before April 4, 2010. In the event such written answer or other responsive pleading is not so filed on or before this date, the court may enter an order ex parte without the hearing on April 9, 2010. However, the hearing will remain on the court docket until an order has been submitted by one of the parties.

Dated: 3/19/10

Neil P. Olack
United States Bankruptcy Judge

Courtroom Deputy
601-965-4052 (use to advise of settlement)
601-965-5301 Ext. 171
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

17909073569013