IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CATHERINE HAYES                          CASE NO.: 07-50774 NPO

RESPONSE TO MOTION TO RELEASE FROM AUTOMATIC STAY
AND ABANDONMENT

BEFORE THE COURT COMES NOW, Catherine Hayes by and through counsel and responds to the Motion for Release form Automatic Stay and Abandonment filed against her and will say as follows, to-wit:

I.

Admitted

II.

Admitted

III.

Admitted

IV.

Admitted

V.

Denied, However, the debtor admits that she has not made alla the payment as they became due and will request that the United States of America to re-amortize any post petition payments and put them back in the plan.

VI.

Denied. The paragraph which begins with wherefore and ends with entitled is also denied.

RESPECTFULLY SUBMITTED this the _____ day of March, A.D., 2010.

_____
JOHN H. ANDERSON

CERTIFICATE OF SERVICE

I, JOHN H. ANDERSON, do hereby certify that I have this day caused a true and correct copy of the above and foregoing Motion to be forwarded via U. S. Mail postage prepaid to Hon. Crockett Lindsay Assistant U. S. Attorney 1575 20th Avenue, Gulfport, Mississippi 39501.

Dated this the _____ day of March, A.D., 2010.

_____
JOHN H. ANDERSON