IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    CATHERINE ANN HAYES          BANKRUPTCY NO.  07-50774-NPO

    DEBTOR.                               CHAPTER 13

### CERTIFICATION OF NONCOMPLIANCE [DK # 26]

An Agreed Order [dk #26] was entered in this proceeding on April 16, 2010, ordering that the provisions of the Chapter 13 plan of the debtor be amended to provide for the payment through the plan of the post petition acreage owed to U.S. Department of Agriculture (USDA).  The order further provided that should the debtor become more than 30 days in arrears on the payments due USDA, then the automatic stay of 11 U.S.C. §362 shall lift and the property will be abandoned and the U.S. Department of Agriculture may proceed with foreclosure of its security interest without further order of this court.

This is to certify that the debtor has not complied with the Agreed Order.  The automatic stay is therefore lifted and the property will be abandoned.  The USDA will proceed with foreclosure of its security interest.

I hereby certify that the foregoing is true and correct on this the 18th day of June, 2010.

                                              Respectfully submitted,

                                              United States of America

                                              Donald R. Burkhalter
                                              United States Attorney

*s/Crockett Lindsey*
Crockett Lindsey
Assistant U.S. Attorney
1575 20th Avenue
Gulfport, Mississippi 39501
Telephone: 228/563-1560
Facsimile: 228/563-1571
Mississippi Bar No. 1265

**CERTIFICATE OF SERVICE**

I, Crockett Lindsey, do hereby certify that I have this day served electronically, a true and correct copy of the above Certification of Noncompliance to:

John H. Anderson
johnjohna7@aol.com

J.C. Bell
mdg@jcbell.net

I further certify that I have this day mailed, postage prepaid, a true and correct copy of the above Certification of Noncompliance to the following:

Catherine Ann Hayes
Post Office Box 1052
Collins, MS 39428-1052

This the 18th day of June, 2010.

*s/Crockett Lindsey*
Crockett Lindsey

2