OFFICE OF THE STANDING TRUSTEE, J. C. BELL
PO BOX 566
HATTIESBURG, MS 39403
601-582-5011

JUNE 24, 2010

USDA
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 66879
ST. LOUIS,   MO 63166

RE: CATHERINE ANN HAYES                                              CASE NO.07-50774  NPO

REASON: **NOTICE OF NON-COMPLIANCE AND LIFTING OF STAY (# 28)**

Dear Creditor,

The Trustee's office has determined, based upon the reason referenced above, that no further disbursements should be made on your claim filed in the above-referenced Chapter 13 Bankruptcy proceeding.

If applicable, you may file a claim based on the deficiency balance. If you have any questions, please call the Trustee's office at 601-582-5011, ext 29.

Very truly yours,

J. C. Bell, Standing Trustee
copy to:                                                              By: Fonda Boney, Case Administrator

JOHN H. ANDERSON
johnjohna7@aol.com

CATHERINE ANN HAYES
PO BOX 1052
COLLINS, MS 39428

CROCKETT LINDSEY
ASSISTANT US ATTORNEY
1575 20TH AVE
GULFPORT, MS 39501