Case 07- 50774- NPO

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MS
FILED

2010 JUL -6  AM 11: 03

DANNY L. MILLER
CLERK
BY_____DEPUTY

If you have this note I think you, for jest reading it. That is the seond note  for my home,  If you stop it the first time I think you.

You all sent me a note Leting me no what to pay about 2 mouth ago, the 742 dollar. I did jest as you said. No one wrote me but you. About a week ago you wrote me another letter saiding you was going to stop my payment . I didnt no why , until you told me.

My Lawer or U.S.D.A. have not wrote me or phone
me about anything. I didnt no what my house note was
until the 6-30-10  When Mr. Joe Warren the state Representative and Mr.Joel Dowen  the Representative
for house phone them and found out.

I no you work with many people, and have heard many thing, but I say to you U.S.D.A. havenot wrote about what my note was or anythink in 2 year and as of today 7-3-10 I havenote got a note for them.

I see many home around me going down.no one liveing in them.maybe they gave up.I have been in my home for 20 years  and I want to stay . I will pay the other money, Ididnt no what to pay, only what you told me. My note or 244 dollars for my home, Ididnt no .I didnt get anything for them about it, I didnt do what I should have  and Iam sorry . and Iam as you pleace dont let them take my home.

Catherine Hayes
Box 1052
Collins MS.39428